# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KRISTINE A. KAUFFMAN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation, and Does 1 to 15, inclusive,<br><br>    Defendants. | Case No.: 5:17−cv−01699−BRO (JPRx)<br><br>**ORDER REMANDING CASE TO RIVERSIDE COUNTY SUPERIOR COURT** |

Having considered the stipulation between Plaintiff KRISTINE A. KAUFFMAN and Defendant, TARGET CORPORATION, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that Plaintiff KRISTINE A. KAUFFMAN, as a result of the alleged incident and subsequent claim all described more fully in the Complaint filed in the Superior Court of the State of California, County of Riverside (Case No. PSC1703809) entitled <u>Kristine A. Kauffman v. Target Corporation</u> (the "State Court Action"), has incurred total damages, if any, that do not, and will never be claimed to, exceed $75,000.00. Accordingly, this case does not meet the jurisdictional requirements for removal as defined in 28 U.S.C.

///

1 §1332(a), and this matter is hereby remanded to the Superior Court of California, County of Riverside.

IT IS SO ORDERED.

DATED: October 13, 2017

By: *Virginia A. Phillips*
Honorable Beverly R. O'Connell
United States District Court Judge